**STATE of Missouri, Respondent,**

v.

**Randy Joe FISHER, Appellant.**

**No. WD 74017.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for Respondent.

Emmett D. Queener, Assistant Public Defender, Columbia, MO, for Appellant.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Randy J. Fisher appeals his convictions of two counts of statutory sodomy, arguing that the trial court erred in allowing, pursuant to section 491.075, RSMo Cum.Supp. 2008, testimony regarding the victim's out-of-court statements. Fisher alleges that

allowing this testimony constituted improper bolstering of the victim's testimony. We disagree and affirm Fisher's convictions. Rule 30.25(b).